IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLEN ALAN HICKMAN, JR.**                                                      **PLAINTIFF**

**V.**                                    **NO. 4:09CV00380**

**CITY OF LITTLE ROCK**                                                          **DEFENDANT**

## ORDER

Pending is Plaintiff's unopposed motion to dismiss without prejudice. (Docket # 11). For good cause shown, the motion is GRANTED. This case is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 6th day of January, 2010.

_____
James M. Moody
United States District Judge